

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

Trent Barrow, Appellant

No. 06-25-00026-CR          v.

The State of Texas, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 23M1507-CCL).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by deleting the heading "Terms of Plea Bargain" and replacing it with the words "Terms of Community Supervision."  As modified, we affirm the judgment of the trial court.

We note that the appellant, Trent Barrow, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 10, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk